# IN THE UNITED STATES DISTRICT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **DARYL SPENCER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | **CV-10-RRA-0345-W** |
| **ACCOUNTS RECEIVABLE** ) | |
| **MANAGEMENT, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT ACCOUNTS RECEIVABLE
## MANAGEMENT, INC.'S MOTION TO DISMISS

COMES NOW Defendant Accounts Receivable Management, Inc. ("Defendant" or "ARM"), pursuant to Rule 12 of the Federal Rules of Civil Procedure, and respectfully moves to dismiss the Complaint and all claims asserted therein for failure to state a claim upon which relief can be granted. In support hereof, Defendant relies upon its Memorandum of Law filed herewith.

WHEREFORE, PREMISES CONSIDERED, Defendant Accounts Receivable Management, Inc. requests that the Court dismiss this action, the Complaint, and all claims herein with prejudice.

        Respectfully submitted,


        /s/ John W. Scott
        John W. Scott
        Brent G. Grainger
        Attorneys for Defendant
        Accounts Receivable Management, Inc.


**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
Telephone: (205) 251-2300
Telecopier: (205) 251-6773
Email:    jscott@scottdukeslaw.com
           bgrainger@scottdukeslaw.com


51543.1

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Brandon L. Blankenship, Esq.
Christopher S. Linton, Esq.
Meredith L. Phillips, Esq.
Blankenship, Harrelson & Linton, LLC
2001 Park Place North, Suite 825
Birmingham, Alabama 35203

Done this the day of 23rd day of February, 2010.

                                          /s/ John W. Scott
                                          Of Counsel